UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES,

      Plaintiff,

-v-                                      No. 06 Cr. 172 (LTS)

RAFAEL SANTAMARIA,

      Defendant.

------------------------------------------------------x



## ORDER

      The Clerk's office received and docketed the attached pro se motion by Defendant in the above-captioned case to dismiss the indictment for lack of subject matter jurisdiction. Mr. Santamaria is represented by counsel. Accordingly, the Court will not entertain this pro se submission and the Clerk's office is respectfully requested to terminate Docket Entry No. 66.

      Richard Landes, Esq., Mr. Santamaria's counsel, is hereby ordered to review the submission, confer with Mr. Santamaria, and inform the Court and the Government promptly in writing as to whether the defense intends to move to dismiss the indictment, and if so, on what grounds.

      Mr. Landes must also promptly register for ECF.

      SO ORDERED.

Dated:     New York, New York
             March 5, 2008

                                         LAURA TAYLOR SWAIN
                                         United States District Judge